**Petition for Writ of Mandamus Denied and Opinion filed April 22, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00315-CV

### IN RE TURNAROUND LOGISTICS INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-07158**

## MEMORANDUM OPINION

On April 14, 2016, relator Turnaround Logistics Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel M. McFarland, presiding judge of the 133rd District Court of Harris County, to vacate her March 28, 2016 order that relator produce James

Baldwin for deposition on April 28, 2016. Relator also has filed an emergency motion asking this court to stay the deposition of James Baldwin pending this court's decision on the petition.

To obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Relator has not established that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus and relator's emergency motion to stay the deposition.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.